**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| **TERI CRAWFORD**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Civil Action No. 3:16cv73 |
| | ) |
| **SENEX LAW, P.C.,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION TO QUASH PLAINTIFFS' SUBPOENA *DUCES TECUM*
ON NON-PARTY WEINSTEIN MANAGEMENT COMPANY, INC.**

Defendant Senex Law, P.C. ("Senex" or "Defendant"), by counsel, pursuant to Federal Rules of Civil Procedure 26(c) and 45(c), submits this Motion to Quash Plaintiffs' Subpoena *Duces Tecum* (the "Subpoena") on non-party Weinstein Management Company, Inc. ("Weinstein"). For the reasons set forth in the accompanying Memorandum of Law in Support of Senex's Motion to Quash Plaintiffs' Subpoena *Duces Tecum*, Defendant respectfully requests that the Court grant its Motion and quash Plaintiffs' subpoena *duces tecum* on non-party Weinstein Management Company, Inc.

Submitted on: March 9, 2018          Respectfully submitted,

                                                **SENEX LAW, P.C.**

                                                By:   /s/ *Maryia Y. Jones*
                                                          Of Counsel

                                                John C. Lynch (VSB No. 39267)
                                                Jason E. Manning (VSB No. 74306)
                                                Maryia Y. Jones (VSB No. 78645)
                                                Robert W. Angle (VSB No. 60521)

TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail:  john.lynch@troutman.com
E-mail:  jason.manning@troutman.com
E-mail:  maryia.jones@troutman.com
E-mail:  woody.angle@troutman.com

*Counsel for Defendant, Senex Law, P.C.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| **TERI CRAWFORD,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 3:16cv73 |
| ) | |
| **SENEX LAW, P.C.,** ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March 2018, I electronically filed the foregoing document using the CM/ECF system, with electronic notification and copy being sent via CM/ECF to the following:

**Counsel for Plaintiffs**
Kimberly A. Rolla
Brenda A. Castaneda
Simon Sandoval-Moshenberg
Elaine Poon
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 977-0553
E-mail: kim@justice4all.org
E-mail: brenda@justice4all.org
E-mail: simon@justice4all.org
E-mail: elaine@justice4all.org


Nady Leticia Peralta
Rachel Emily Nadas
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church, Virginia 22041
Telephone: (703) 778-3450
E-mail: nady@justice4all.org
E-mail: rnadas@justice4all.org

3

M. Bryan Slaughter  
E. Kyle McNew  
David W. Thomas  
MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL  
500 Court Square, Suite 300  
Charlottesville, Virginia 22902  
Telephone: (434) 951-7200  
E-mail:  bslaughter@michiehamlett.com  
E-mail:  kmcnew@michiehamlett.com  
E-mail:  dthomas@michiehamlett.com  

I also hereby certify that on the 9th day of March 2018, I electronically mailed a copy of the foregoing to the following recipient:

**Counsel for Weinstein Management Company, Inc**

Julie S. Palmer  
HARMAN, CLAYTOR, CORRIGAN & WELLMAN, P.C.  
4951 Lake Brook Drive, Suite 100  
Glen Allen, Virginia 23060-9272  
Telephone: (804) 762-8027  
E-mail: jpalmer@hccw.com  

/s/ *Maryia Y. Jones*  
John C. Lynch (VSB No. 39267)  
Jason E. Manning (VSB No. 74306)  
Maryia Y. Jones (VSB No. 78645)  
Robert W. Angle (VSB No. 60521)  
TROUTMAN SANDERS LLP  
222 Central Park Avenue, Suite 2000  
Virginia Beach, Virginia 23462  
Telephone: (757) 687-7564  
Facsimile: (757) 687-1524  
E-mail:  john.lynch@troutman.com  
E-mail:  jason.manning@troutman.com  
E-mail:  maryia.jones@troutman.com  
E-mail:  woody.angle@troutman.com  

*Counsel for Defendant, Senex Law, P.C.*