# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| **TERI CRAWFORD**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 3:16cv73 |
| | ) |
| **SENEX LAW, P.C.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Teri Crawford, Garry Brown, Lydia Green, Loretta Pennington, and Patricia Saunders, by counsel, and Defendant Senex Law, P.C. ("Senex" or "Defendant"), by counsel, hereby submit notice to the Court that the matters at issue between them in the present action which concern the claims set forth in Plaintiffs' Complaint against Defendant have been settled. The parties are in the process of executing the settlement terms. The parties anticipate submitting a Stipulation of Dismissal with prejudice for entry by the Court within thirty (30) days of the date of this Notice.

Submitted on: August 2, 2018

Respectfully submitted,

**SENEX LAW, P.C.**

By: _____/s/ *Maryia Y. Jones*_____
Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Maryia Y. Jones (VSB No. 78645)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524

        E-mail:  john.lynch@troutman.com
        E-mail:  jason.manning@troutman.com
        E-mail:  maryia.jones@troutman.com
        *Counsel for Defendant, Senex Law, P.C.*

**TERI CRAWFORD, GARRY BROWN, LYDIA GREEN, LORETTA PENNINGTON, PATRICIA SAUNDERS**

    /s/ Elaine Poone

    Kimberly A. Rolla
    Brenda A. Castaneda
    Simon Sandoval-Moshenberg
    Elaine Poon
    LEGAL AID JUSTICE CENTER
    1000 Preston Avenue, Suite A
    Charlottesville, Virginia 22903
    Telephone: (434) 977-0553
    E-mail:  kim@justice4all.org
    E-mail:  brenda@justice4all.org
    E-mail:  simon@justice4all.org
    E-mail:  elaine@justice4all.org

    Nady Leticia Peralta
    Rachel Emily Nadas
    LEGAL AID JUSTICE CENTER
    6066 Leesburg Pike #520
    Falls Church, Virginia 22041
    Telephone: (703) 778-3450
    E-mail:  nady@justice4all.org
    E-mail:  rnadas@justice4all.org

    M. Bryan Slaughter
    E. Kyle McNew
    David W. Thomas
    MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL
    500 Court Square, Suite 300
    Charlottesville, Virginia 22902
    Telephone: (434) 951-7200
    E-mail:  bslaughter@michiehamlett.com
    E-mail:  kmcnew@michiehamlett.com
    E-mail:  dthomas@michiehamlett.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| **TERI CRAWFORD**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 3:16cv73 |
| ) | |
| **SENEX LAW, P.C.,** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August 2018, I electronically filed the foregoing document using the CM/ECF system, with electronic notification and copy being sent via CM/ECF to the following:

**Counsel for Plaintiffs**
Kimberly A. Rolla
Brenda A. Castaneda
Simon Sandoval-Moshenberg
Elaine Poon
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 977-0553
E-mail: kim@justice4all.org
E-mail: brenda@justice4all.org
E-mail: simon@justice4all.org
E-mail: elaine@justice4all.org

Nady Leticia Peralta
Rachel Emily Nadas
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church, Virginia 22041
Telephone: (703) 778-3450
E-mail: nady@justice4all.org
E-mail: rnadas@justice4all.org

3

M. Bryan Slaughter
E. Kyle McNew
David W. Thomas
MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL
500 Court Square, Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 951-7200
E-mail:  bslaughter@michiehamlett.com
E-mail:  kmcnew@michiehamlett.com
E-mail:  dthomas@michiehamlett.com


/s/ *Maryia Y. Jones*
John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Maryia Y. Jones (VSB No. 78645)
Robert W. Angle (VSB No. 60521)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail:  john.lynch@troutman.com
E-mail:  jason.manning@troutman.com
E-mail:  maryia.jones@troutman.com
E-mail:  woody.angle@troutman.com

*Counsel for Defendant, Senex Law, P.C.*