# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| **TERI CRAWFORD,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 3:16cv73 |
| ) | |
| **SENEX LAW, P.C.,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Teri Crawford, Garry Brown, Lydia Green, Loretta Pennington and Patricia Saunders, by counsel, and Defendant Senex Law, P.C., by their respective counsel, hereby stipulate to the dismissal of this action with prejudice. Each party will bear their own fees and costs.

Dated: December 6, 2018

Respectfully submitted,

**TERI CRAWFORD, GARRY BROWN, LYDIA GREEN, LORETTA PENNINGTON and PATRICIA SAUNDERS**

/s/ Elaine Poone

Kimberly A. Rolla
Brenda A. Castaneda
Simon Sandoval-Moshenberg
Elaine Poon
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 977-0553
E-mail: kim@justice4all.org
E-mail: brenda@justice4all.org
E-mail: simon@justice4all.org
E-mail: elaine@justice4all.org

Nady Leticia Peralta
Rachel Emily Nadas
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church, Virginia 22041
Telephone: (703) 778-3450
E-mail:  nady@justice4all.org
E-mail:  rnadas@justice4all.org

M. Bryan Slaughter
E. Kyle McNew
David W. Thomas
MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL
500 Court Square, Suite 300
Charlottesville, Virginia 22902
Telephone: (434) 951-7200
E-mail:  bslaughter@michiehamlett.com
E-mail:  kmcnew@michiehamlett.com
E-mail:  dthomas@michiehamlett.com
*Counsel for Plaintiffs*


**SENEX LAW, P.C.**

/s/ Maryia Jones

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Maryia Y. Jones (VSB No. 78645)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail:  john.lynch@troutman.com
E-mail:  jason.manning@troutman.com
E-mail:  maryia.jones@troutman.com
*Counsel for Defendant Senex Law, P.C.*

35755599

2