IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | | |
|---|---|---|
| TERI CRAWFORD, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | Civ. No. 3:16cv73 |
| SENEX LAW, P.C. | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO INTERVENE**
**FOR PURPOSES OF PARTIAL RELIEF FROM PROTECTIVE ORDER**

COME NOW Intervenors, Jennifer Lord, Ebony Reddicks, and Toniraye Moss, by counsel, and seek leave to intervene for purposes of seeking partial relief from the Protective Order (Doc. 70) previously entered herein. For the reasons stated in the accompanying memorandum, the motion should be granted.

    Respectfully submitted,

    JENNIFER LORD
    EBONY REDDICKS
    TONIRAYE MOSS
    Individually and on behalf of all persons
    similarly situated

    *By Counsel*

    */s/ E. Kyle McNew*
    E. Kyle McNew (VSB No.: 73210)
    M. Bryan Slaughter (VSB No.: 41910)
    David W. Thomas (VSB No.: 73700)
    MICHIEHAMLETT PLLC
    310 4th Street NE, 2nd Floor

P.O. Box 298
Charlottesville, VA 22902
(434) 951-7200; (434) 951-7254 (facsimile)
kmcnew@michiehamlett.com
bslaughter@michiehamlett.com
dthomas@michiehamlett.com

Kelly Poff Salzmann (VSB No.: 73884)
Caroline Klosko (VSB No.: 78699)
Elaine Poon (VSB No.: 91963)
Nady Peralta (VSB No.: 91630)
Brenda E. Castañeda (VSB No.: 72809)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553
kelly@justice4all.org
carrie@justice4all.org
elaine@justice4all.org
nady@justice4all.org
brenda@justice4all.org

David D. Beidler (VSB No. 24563)
THE LEGAL AID SOCIETY OF ROANOKE VALLEY
132 Campbell Ave. SW
Suite 200
Roanoke, VA  24011
(540) 344-2087; (540) 342-3064 (facsimile)
david@lasrv.org

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2021, I filed the foregoing via the Court's CM/ECF system, which will send notification of said filing to all counsel of record in this matter.

/s/ E. Kyle McNew