IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| TERI CRAWFORD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 3:16cv73 |
| ) | |
| SENEX LAW, P.C. ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE
FOR PURPOSES OF PARTIAL RELIEF FROM PROTECTIVE ORDER**

COME NOW Intervenors, Jennifer Lord, Ebony Reddicks, and Toniraye Moss, by counsel, and seek leave to intervene for purposes of seeking partial relief from the Protective Order (Doc. 70) previously entered herein. For the reasons stated below, the motion should be granted:

1. The parties to this FDCPA case entered into a stipulated protective order whereby a party could designate information and documents "confidential." (Doc. 70.)

2. Pursuant to the Protective Order, defendant Senex designated all information regarding its business practices to be confidential.

3. This matter was eventually dismissed with prejudice by agreement.

4. Intervenors are currently plaintiffs in a case pending in this Court styled *Lord,* et al*., v. Senex Law, P.C.*, Case No. 7:20-cv-541.

5. The claims in *Lord* are nearly identical to the claims asserted by the Plaintiffs herein, they are against the same Defendant, and that Defendant is represented by the same counsel.

6. The *Lord* Intervenors are also represented by largely the same counsel as were the plaintiffs herein. However, there are some new members to the *Lord* plaintiffs' legal team. Those new team members were not privy to the information learned by the plaintiffs' counsel in this matter.

7. Accordingly, the *Lord* Intervenors seek relief from the Protective Order previously entered herein so that their full legal team may be apprised and aware of the information obtained during discovery in this matter. Stated differently, Intervenors request that their counsel who are subject to the Protective Order entered herein be permitted to "read in" their colleagues who were not subject to the protective order.

8. Granting such relief will promote efficiency in that it will eliminate the need for duplicative discovery just so that the *Lord* plaintiffs' full legal team will be able to know what most of them already know.

9. Intervenors and their counsel are willing to agree to an appropriate protective order in the *Lord* matter that would continue to protect Senex's confidential information from public disclosure.

10. Counsel for Intervenors have requested the consent of Senex to the relief requested herein, but thus far Senex has refused to so agree.

11. Federal Rule 60(b) permits relief from an Order when applying the order would no longer be equitable or for any other reason that justifies relief.

WHEREFORE, for the reasons stated herein, Intervenors respectfully request relief from the Protective Order, and for such other relief as the Court deems appropriate.

Respectfully submitted,

JENNIFER LORD
EBONY REDDICKS
TONIRAYE MOSS

*By Counsel*

     */s/ E. Kyle McNew*
E. Kyle McNew (VSB No.: 73210)
M. Bryan Slaughter (VSB No.: 41910)
David W. Thomas (VSB No.: 73700)
MICHIEHAMLETT PLLC
310 4th Street NE, 2nd Floor
P.O. Box 298
Charlottesville, VA 22902
(434) 951-7200; (434) 951-7254 (facsimile)
kmcnew@michiehamlett.com
bslaughter@michiehamlett.com
dthomas@michiehamlett.com

Kelly Poff Salzmann (VSB No.: 73884)
Caroline Klosko (VSB No.: 78699)
Elaine Poon (VSB No.: 91963)
Nady Peralta (VSB No.: 91630)
Brenda E. Castañeda (VSB No.: 72809)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553
kelly@justice4all.org
carrie@justice4all.org
elaine@justice4all.org
nady@justice4all.org
brenda@justice4all.org

David D. Beidler (VSB No. 24563)
THE LEGAL AID SOCIETY OF ROANOKE VALLEY
132 Campbell Ave. SW

Suite 200
Roanoke, VA  24011
(540) 344-2087; (540) 342-3064 (facsimile)
david@lasrv.org

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2021, I filed the foregoing via the Court's CM/ECF system, which will send notification of said filing to all counsel of record in this matter.

                                              */s/ E. Kyle McNew*